# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELIAS M. GIL,<br><br>　　　　Defendant. | Case No. 1:18-po-00138-SAB<br><br>ORDER REQUIRING GOVERNMENT TO SHOW CAUSE WHY MOTION TO SUPPRESS SHOULD NOT BE GRANTED AS UNOPPOSED |

A status conference in this matter was held on October 25, 2018, during which a briefing schedule was set for Defendant Gil to file a motion to compel. (ECF No. 10.) Defendant filed a motion to compel on November 29, 2018. (ECF No. 11.) Pursuant to the established briefing schedule, the Government's opposition to the motion to compel was due on December 20, 2018. No opposition was filed on the established date. The Court notes that the Government filed a notice of appearance on December 17, 2018, after the motion to suppress was filed and may not have received notice of the motion.

Accordingly, the Government SHALL SHOW CAUSE in writing on or before December 28, 2018, why Defendant's motion to suppress should not be granted as being unopposed.

IT IS SO ORDERED.

Dated: __December 21, 2018__

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1