# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00138-SAB |
|---|---|
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING GOVERNMENT'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO SUPPRESS |
| v. | |
| ELIAS M. GIL, | |
| Defendant. | (ECF Nos. 13, 14) |

A status conference in this matter was held on October 25, 2018, during which a briefing schedule was set for Defendant Gil to file a motion to compel. (ECF No. 10.) Defendant filed a motion to compel on November 29, 2018. (ECF No. 11.) Pursuant to the established briefing schedule, the Government's opposition to the motion to compel was due on December 20, 2018. No opposition was filed on the established date. On December 21, 2018, an order issued requiring the Government to show cause why Defendant's motion should not be deemed unopposed as no opposition had been filed. (ECF No. 13.) On December 31, 2018, the Government filed a reply to the order to show cause.

Initially, the Government addresses that the response to the order to show cause was not received until December 30, 2018, due to the Government shutdown. Therefore, the response to the order was not filed timely. The Court is aware of the circumstances which resulted in the delayed notification and shall excuse the untimely response.

1

The Government requests an extension of time to January 7, 2019 to respond to the motion to suppress as the Government did not receive notification that the motion to suppress had been filed. It has recently come to the Court's attention that the Government was not receiving notification of filings in these misdemeanor cases, and the Government has now addressed the issue by filing a notice of appearance in the misdemeanor cases. (Response to Order to Show Cause 2, ECF No. 14.) In this instance, the Court finds that good cause exists to grant the request for an extension of time.

The hearing on Defendant's motion to suppress is set for January 17, 2019, and moving the deadline will not affect the hearing date, therefore there will be no delay in the case. Additional time shall be allowed for Defendant to file a reply so he will not suffer any prejudice as a result of granting the request. The Government's failure to file a timely opposition was the result of not receiving notification that the motion had been filed and the subsequent governmental shutdown that has resulted in a number of employees being on furlough. The reason for the lack of notification has now been addressed and the effects of the furlough are expected to be temporary.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause, filed on December 21, 2018, is DISCHARGED;
2. The Government's response to Defendant's motion to compel shall be filed on or before January 7, 2019; and
3. Defendant's reply, if any, shall be filed on or before January 14, 2019.

IT IS SO ORDERED.

Dated: **January 2, 2019**

UNITED STATES MAGISTRATE JUDGE